Leroy WHITTY, Jr., Petitioner,

v.

STATE of Florida, Respondent.

No. 5D16–2213.

District Court of Appeal of Florida, Fifth District.

July 15, 2016.

James Purdy, Public Defender, and C. Crawford Pierce, IV, Assistant Public Defender, St. Augustine, for Petitioner.

No appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the May 5, 2016, judgment and sentence in Case No. 2015–00354–CF, in the Circuit Court in and for St. Johns County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, COHEN, LAMBERT, JJ., concur.